

**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY  10019

212.484.3900      **MAIN**
212.484.3990      **FAX**

afslaw.com

May 5, 2022

**Glenn Colton**
Partner
212.484.3972      **DIRECT**
glenn.colton@afslaw.com

**VIA ECF**

The Honorable Peggy Kuo
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     May 9, 2022 Bond Hearing in *United States v. Gentile, et al.*, 21-CR-54 (DG)

Dear Judge Kuo:

We write to respectfully request that the Bond Hearing on Defendant Jeffry Schneider's Motion to Modify Conditions of Release, which is currently scheduled for May 9, 2022 at 10:30am, be rescheduled as counsel for Mr. Schneider has a medical appointment.

All parties are available on the following dates:  Tuesday, May 10, 2022; Thursday, May 12, 2022; and Friday, May 13, 2022.  The Government does not object to this request.

Respectfully submitted,

Glenn Colton

cc:     Counsel of record via ECF