April 9, 2025

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 16 2025 ★
BROOKLYN OFFICE

RECEIVED IN PRO SE OFFICE
APR 16 2025

RE: U.S. v. Defendants David Gentile, Jeffrey Schneider
Case Number 2021R00633 and court Docket Number 21-CR-00054

Dear Judge Kovner:

I just received yet another letter from the U.S. Attorney's Office (Victim Notification System) regarding another delay in the above referenced case. I'm sure this case was very complicated and I'm sure you have a heavy docket in the EDNY. However, it strains the conscious that this case continues to labor on. My file is littered with delays permitted by the court. I'm sure you know, investors have not received a dividend for 7 years (11/18), while our funds have been tied up. Our ability to "move on" continues to be hampered by the inertia of this Court.

I'm also aware that Joseph T. Gardemal III is working on a "Distribution Plan" for investors. I'm just one investor out of many, who believe the "wheels of justice" have not slowed but have, in fact, stalled.

I strongly urge your Honor to not permit any further delays and to move this case forward.

Sincerely,

Ronald G. Thompson
Rockwall, Texas

Cc: Honorable Margo K Brodie,
    Chief Judge, EDNY

Ron and Carolyn Thompson
1755 Bay Hill Drive
Rockwall, Texas 75087

NORTH TEXAS TX P&DC
DALLAS TX 750
10 APR 2025 PM 10 L

Honorable Margo Brodie
Chief Judge, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

S W S

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 16 2025 ★
BROOKLYN OFFICE

11201-183299